MARY G. BACON, INDIVIDUALLY, ETC., PLAINTIFF-PETITIONER, v. JACOB D. BACON, DEFENDANT-RESPONDENT.

See same case below: 7 *N. J. Super.* 182.

*Messrs. Stoffer & Jacobs* for the petitioner.

*Messrs. Feder & Rinzler* and *Mr. Jack Rinzler* for the respondent.

September 11, 1950.   Granted.

EDITH FERRY, ADMX. AD PROS., ETC., PLAINTIFF-PETITIONER, v. GEORGE SETTLE, ET AL., DEFENDANTS, AND FISCHER BAKING COMPANY, ET AL., DEFENDANTS-RESPONDENTS.

See same case below: 7 *N. J. Super.* 253.

*Messrs. Carpenter, Gilmour & Dwyer, Mr. Patrick A. Dwyer, Mr. Thomas L. Morrissey* and *Mr. Milton A. Dauber* for the petitioner.

*Messrs. Lahey & Gockeler* and *Mr. George F. Lahey, Jr.,* for the respondents.

September 11, 1950.   Granted.